UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK J. ROGERS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES, and DOES 1 through 25, inclusive,<br><br>　　　　　Defendants. | Case No. 08cv2264-IEG (POR)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE**<br><br>[Doc. No. 22] |

　　Having considered the parties' Joint Motion to Dismiss With Prejudice (Doc. No. 22), and good cause appearing, the Court GRANTS the motion and ORDERS that the above-captioned case be DISMISSED WITH PREJUDICE. Each party shall bear its own costs and fees.

**DATED: July 6, 2009**

_____
**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**